

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Omar Desmond Essue,            * From the 372nd District Court
of Tarrant County,
Trial Court No. 1632770D.

Vs. No. 11-24-00156-CR            * September 12, 2024

The State of Texas,            * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.